# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BRANDON CHE LEE,

    Petitioner,

vs.

COLLINS, *et al.*,

    Respondents.

Case No. 2:15-cv-01540-APG-NJK

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner is challenging his conviction of federal criminal charges that took place in the United States District Court for the Central District of California, Santa Ana Division. If the petitioner files a petition in the wrong district, the district court may transfer the petition to the proper district pursuant to 28 U.S.C. § 1631, "if it is in the interest of justice." *See Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990). In the instant case, the petitioner is challenging a federal conviction arising from the Central District of California. The United States District Court for the Central District of California has proper jurisdiction over this petition.

    **IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of California, Santa Ana Division. The Clerk of Court shall transmit this order and this entire action to the United States District Court for the Central District of California, Santa Ana Division, forthwith.

    Dated this 22nd day of October, 2015.

UNITED STATES DISTRICT JUDGE