JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON CHE LEE, | ) | NO. CV 15-01727-DMG (KS) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| COLLINS, et al., | ) ) | |
| Respondent | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 7, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE